UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:14-cv-01512-JMS-DML |
| WILLIAM L HARGRAVE, *et al.* | ) ) ) |
| Defendants. | ) |

Order Adopting Report and Recommendation

On October 7, 2015, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 27) on the failure of defendants to appear by counsel. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

An entry of default is HEREBY MADE against all defendants in this action. The plaintiff may properly move for the entry of a default judgment for the declaratory relief sought in its complaint.

SO ORDERED.

Date: October 27, 2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Via first-class U.S. mail:
SHEILA COOPER
420 N. 19th Street
Elwood, IN 46036